UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BENJI MACAULAY, | No. 5:26-cv-02679-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| FERETI SEMAIA, et al., | |
| Respondents. | |

In accordance with the Order Regarding Petition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is: (1) granted in part, with Respondents ORDERED to immediately release Petitioner Benji Macaulay (A# 077 494 645) from custody, subject conditions of release no more restrictive than necessary to ensure his appearance at future immigration proceedings as required and to protect the community; and (2) denied without prejudice in all other respects as moot, speculative, and/or lacking in support.

Dated: June 16, 2026

_____
JOHN D. EARLY
United States Magistrate Judge